# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

IN RE:                                                    CASE NO. 12-22327

    Louis G. Pelletier
    Linda D. Pelletier

**DEBTOR(S)**                                             **CHAPTER 13**

## ORDER DISMISSING CHAPTER 13 CASE

____     The debtor has filed a motion in accordance with 11 U.S.C. § 1307(b) seeking to dismiss this case, and it appears that the case has not been converted previously under 11 U.S.C. § 706 or § 1112.

_XX_     A party in interest, (the Chapter 13 Trustee), other than the debtor has filed a motion in accordance with 11 U.S.C. § 1307(c) seeking to dismiss the case. The court finds, after notice and a hearing, that the motion should be granted without prejudice.

____     A Court's motion having been heard in accordance with 521 (I) for failure to file _____ notice having been given.

**IT IS ORDERED THAT:**

1. This chapter 13 case is dismissed.

2. The trustee shall file a final accounting under chapter 13 within 90 days from the date of this order.


Dated: May 6, 2013

                                                         Albert S. Dabrowski
                                                         United States Bankruptcy Judge